UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:14-23869-CIV-O'SULLIVAN

MARCO ALONSO, on his own behalf and
those similarly situated,

       Plaintiff,

v.

Ocean CC, LLC, a Florida Limited Liability
Company, NKS OCEAN, LLC, a Florida Limited
Liability Company, and DAVIDE GULGLIELMINI,
Individually,

       Defendants.
_____/

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR NKS OCEAN, LLC**

      Pursuant to Rule 11.1(d)(3) of the Local Rules of the United States District Court for the Southern District of Florida, the undersigned attorneys, Eleanor Barnett, Esq. and Jeffrey R. Lam, Esq. of Heller Waldman P.L., hereby request to be withdrawn as counsel for Defendant, NKS Ocean, LLC ("NKS"), and state as follows:

      1.    Undersigned counsel seek to withdraw from the case due to irreconcilable differences with NKS, who is now out of business.

      2.    The Court previously granted NKS an extension to respond to Plaintiff's Second Amended Complaint [D.E.109]. A response is due by NKS on December 2, 2015. Based on the filing of this motion, undersigned counsel requests the Court grant NKS twenty (20) days, until December 22, 2015, to obtain new counsel and to respond to Plaintiff's Second Amended Complaint.

3. Plaintiff will not be prejudiced by the granting of this motion or extension requested as this case is in its infancy.

4. This Motion is filed in good faith and not for purposes of delay.

5. The current mailing address for NKS is 1691 Michigan Avenue Suite 325, Miami Beach, FL 33139.

## Certificate of Counsel

Undersigned counsel contacted counsel for Plaintiff as to the relief sought in this Motion and was advised that Plaintiff has no objection to the granting of this motion.

WHEREFORE, the undersigned attorney respectfully requests that the Court

(a) grant this motion to withdraw;

(b) grant NKS until December 22, 2015 to retain new counsel and file a response to the Second Amended Complaint; and

(c) order that any future notices, pleadings, orders and all other papers in the above captioned cause be served directly on NKS Oceans LLC at the above listed address until such time as new counsel is obtained.

Dated this 2nd day of December, 2015.

Respectfully submitted,

HELLER WALDMAN P.L.
3250 Mary Street, Suite 102
Coconut Grove, FL  33133
Phone: 305-448-4144
Fax:  305-448-4155
*Counsel for Defendant, NKS OCEAN, LLC*

By:   /s/Eleanor T. Barnett
      Eleanor Barnett, Esq.
      Florida Bar No. 355630
      ebarnett@hellercwaldman.com
      Jeffrey R. Lam, Esq.
      Florida Bar No. 41323
      jlam@hellerwaldman.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of by Electronic Filing generated by CM/ECF, on this 2nd day of December, 2015 on, all counsel or parties of record.

          /s/Eleanor T. Barnett
           Eleanor Barnett, Esq.