UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-23869-CIV-O'SULLIVAN
[CONSENT]

MARCO ALONSO, et al.,
    Plaintiffs,
v.

OCEAN CC, LLC, NKS OCEAN, LLC
and DAVIDE GUGLIELMINI,

    Defendants.
_____/

### ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE IN PART WITH PREJUDICE AS TO DEFENDANTS OCEAN CC, LLC AND DAVIDE GUGLIELMINI ONLY

THIS MATTER is before the Court on the parties' Joint Motion for in Camera Inspection and Approval of Confidential Settlement Agreements Between Plaintiffs and Defendants Ocean CC, LLC and Davide Guglielmini Only (DE# 132, 8/2/16) and the Court having conducted a hearing concerning the settlement.

THE COURT has heard from counsel and considered the terms of the Settlement Agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves claims for minimum wage and unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." Id. The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. Id. at 1354.

In this case, there is a bona fide factual dispute over the number of overtime hours

worked by the plaintiffs[1] and a legal and factual dispute concerning whether the tip credit was properly applied. Additionally, one of the corporate defendants is out of business and one of the individual defendants is a foreign national residing outside the United States. The Court has reviewed the terms of the partial settlement including the amount to be received by the plaintiffs and the attorney's fees and costs to be received by counsel and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is

ORDERED AND ADJUDGED that the parties' Settlement Agreement (including attorney's fees and costs)  is hereby APPROVED. It is further

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE as to defendants Ocean CC, LLC and Davide Guglielmini only as to the claims of the plaintiffs who participated in the settlement. The Court retains jurisdiction until **October 12, 2016** to enforce the terms of the settlement. It is further

ORDERED AND ADJUDGED that by **Monday, October 3, 2016**, counsel for the plaintiffs shall file a motion for default judgment against the remaining defendant, NKS Ocean, LLC. The motion shall be supported by evidence.

DONE AND ORDERED in Chambers at Miami, Florida this **2nd** day of September, 2016.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record

---

[1] The plaintiffs who participated in this settlement are Marco Alonso, John Neilan, Marina Lazar, Raul Ayala, Nelson Salazar, Luis Garcia, Charles Husey, Alexei Ponomari, Jesus Huatuco, Alex Barros, Jonathan Gonzalez, Carlos Goungian, Fredis Pineda, Kellie Pastore, Alejandro Szewczuk, Julyano Falcon, Camilo Caro, Pablo Cano, Gaetano Giampaolo, David Williams, Ashley Ramon, Stefan Veljko and Courtney Pellicane.