UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-23869-CIV-O'SULLIVAN
[CONSENT]

MARCO ALONSO, et al.,
    Plaintiffs,

v.

OCEAN CC, LLC, a Florida limited
liability company, NKS OCEAN, LLC,
a Florida Limited Liability Company, and DAVIDE
GULGLIELMINI, individually,
    Defendants.
_____/

## DEFAULT FINAL JUDGMENT AGAINST NKS OCEAN, LLC

THIS CAUSE came before the Court upon Motion for Entry of Default Final Judgment and Incorporated Memorandum of Law (DE# 156, 1/11/17) against defendant NKS Ocean, LLC. For the reasons expressed in this Court's separate Order, it is

ORDERED AND ADJUDGED that judgment is hereby entered in favor of the plaintiffs and against defendant NKS Ocean, LLC. The plaintiffs shall recover from defendant NKS Ocean, LLC the total sum of $811,499.32 in damages, plus post-judgment interest calculated at the statutory rate. It is further

ORDERED AND ADJUDGED that judgment is hereby entered in favor of the plaintiffs and against defendant NKS Ocean, LLC for $43,785.00 in attorney's fees and $565.00 in costs plus post-judgment interest calculated at the statutory rate.

DONE AND ORDERED in Chambers at Miami, Florida this 28 day of March, 2017.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record

Copies mailed by Chambers to:
Karim Masri
Registered Agent
1691 Michigan Ave Ste 325
Miami Beach, FL 33139